IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO, CALIFORNIA ) | Case No. 1:08 -CV-01045 AWI-SMS |
| ) | |
| Plaintiff, ) | **ORDER GRANTING STIPULATIONS CONCERNING RESPONSE TO THE COMPLAINT** |
| v. ) | |
| AIG FINANCIAL PRODUCTS CORP., ) et al, ) | |
| Defendants ) | |

On July 23, 2008, the court received a stipulation on behalf of Defendants Bank of America NA and Bank of America Corp to extend the time to answer or respond to the complaint. On July 25, 2008, the court received a stipulation on behalf of Plaintiff and Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and Bear Stearns Companies, Inc.

Pursuant to the parties' stipulations, the court ORDERS that:

1. Defendants Bank of American, N.A. and Bank of America Corporation are granted an extension of time to answer or otherwise respond to the Class Action Complaint in the above-referenced action until the 60th day after plaintiff has filed a consolidated amended complaint (or has announced by filed notice that it will not be filing a consolidated amended complaint), unless the transferee court orders otherwise; provided, however, that in the event Bank of America

agrees to an earlier response date in any municipal derivatives case, Bank of America shall respond to the City of Fresno's complaint on that earlier date;

2. No defendant need respond to the complaint in this action before the 60th day after Plaintiff has filed a consolidated amended complaint;

3. This extension is available, without further stipulation with counsel for Plaintiff, to all named defendants who notify Plaintiff in writing of their intention to join this stipulation;

4. No defense of JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Bear Stears Companies, Inc., or any other defendant to this action is prejudiced or waived by its submission of this Stipulation, including but not limited to assertion of jurisdictional defenses; and

5. Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional and venue defenses.

IT IS SO ORDERED.

**Dated:   August 1, 2008**          _____/s/ Anthony W. Ishii_____
                                        CHIEF UNITED STATES DISTRICT JUDGE