Jeffrey E. Ostrow (SBN No. 213118)
jostrow@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Defendants
JPMorgan Chase & Co.,
JPMorgan Chase Bank, N.A. and
Bear Stearns Companies, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF FRESNO, CALIFORNIA,<br><br>                      Plaintiff,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., *et al.*<br><br>                      Defendants. | Case No. 1:08-CV-01045-AWI-SMS<br><br>**STIPULATION AND ORDER CONCERNING RESPONSES TO THE COMPLAINT** |

WHEREAS, on June 16, 2008, the Judicial Panel on Multidistrict Litigation (the "JPML") ordered centralization in the Southern District of New York of a number of similar actions, *In re Municipal Derivatives Antitrust Litigation*, MDL Docket No. 1950; and

WHEREAS, for efficiency's sake, briefing on pre-answer motions to dismiss in this action should not be scheduled until plaintiff has had additional time to effect service, the action has been transferred to the United States District Court for the Southern District of New York and any consolidated complaint has been filed; and

WHEREAS, although the consent of defendants other than JPMorgan Chase &

PDF created with pdfFactory trial version www.pdffactory.com

Co., JPMorgan Chase Bank, N.A. and Bear Stearns Companies, Inc. is not required because no defendant's position is compromised by this Stipulation, counsel for these defendants can nevertheless report that identified counsel for the other defendants have been canvassed and all support the Court's approval of this Stipulation,

WHEREAS, Plaintiff agrees that submission of this Stipulation should be without prejudice to JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Bear Stearns Companies, Inc. or any other defendant to this action,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and Bear Stearns Companies, Inc. as follows:

1. No defendant need respond to the complaint in this action before the 60th day after Plaintiff has filed a consolidated amended complaint;

2. This extension is available, without further stipulation with counsel for Plaintiff, to all named defendants who notify Plaintiff in writing of their intention to join this stipulation;

3. No defense of JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Bear Stearns Companies, Inc. or any other defendant to this action is prejudiced or waived by its submission of this Stipulation, including but not limited to assertion of jurisdictional defenses; and

PDF created with pdfFactory trial version www.pdffactory.com

4. Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional and venue defenses.

So Stipulated and Agreed.

Date: July 24, 2008

By: s/Richard M. Heimann

Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

James C. Sanchez, City Attorney
CITY OF FRESNO, CALIFORNIA
Fresno City Hall
2600 Fresno Street, Second Floor
Fresno, California 93721-3600
(559) 621-7500
(559) 488-1084 (fax)

James A. Quadra (SBN 131084)
*quadra@meqlaw.com*
Sylvia Sokol (SBN 200126)
*sokol@meqlaw.com*
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street
Mills Tower, Suite 2100
San Francisco, CA 94104
(415) 362-3599
(415) 362-2006 (fax)

PDF created with pdfFactory trial version www.pdffactory.com

Steven E. Fineman (SBN 140335)
*sfineman@lchb.com*
Daniel E. Seltz
*dseltz@lchb.com*
Michael J. Miarmi
*mmiarmi@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212) 355-9500
(212) 355-9592 (fax)

*Attorneys for Individual and Representative Plaintiff City of Fresno, California*

By: __s/Jeffrey E. Ostrow__

Jeffrey E. Ostrow (SBN No. 213118)
*jostrow@stblaw.com*
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorneys for defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and Bear Stearns Companies, Inc.*

SO ORDERED this __2nd__ day of August, 2008

__/s/ Sandra M. Snyder__
Hon. Sandra M. Snyder
U.S. Magistrate Judge

764087.1                      -4-                STIPULATION AND ORDER CONCERNING
                                                 RESPONSES TO THE COMPLAINT
                                                 CASE NO. 1:08-CV-01045-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com