IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO, CALIFORNIA,<br>a Municipal Corporation,<br><br>        Plaintiff,<br>  v.<br><br>AIG FINANCIAL PRODUCTS CORP.,<br>et al.,<br><br>        Defendants. | CASE NO. 1:08-CV-01045 AWI SMS<br><br>DISCLOSURE |

    A judge has an affirmative duty to recuse himself in any proceeding in which his impartiality might reasonably be questioned. See 8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994). In some cases, it is unclear whether a judge has a conflict until the parties review both the specific facts of their case and the judge's personal circumstances. For this reason, the undersigned makes the following disclosure: The undersigned judge maintains current investment accounts with defendant Morgan Stanley. Because from the face of the complaint it does not appear that these investment accounts are directly related to the incidents underlying this action, the undersigned declines *sua sponte* to recuse himself from this case. However, leave to file a motion for recusal is given to any party who, after reviewing the facts of this particular case, believes that a recusal motion is appropriate. The undersigned judge is amenable to allowing limited disclosure of the nature and amounts of the investment accounts upon a filing of such a request with adequate safeguards for privacy and confidentiality concerns.

IT IS SO ORDERED.

Dated:   August 7, 2008              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE