UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

**FILED**

SEP 0 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

J. Michael McMahon
Clerk

USDC ED OF CALIFORNIA

Date 8/20/08

In Re:  MUNICIPAL DERIVATIVES

MDL      1950

Your Docket #          S.D. OF N.Y.

1:08-1045              08 cv 7355

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge   MARRERO    for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon

By:
MDL Unit
(212) 805-0646

RECEIVED

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

      AUG 1 4 2008

     CLERK'S OFFICE
   JUDICIAL PANEL ON
 MULTIDISTRICT LITIGATION
```

JUDGE MARRERO

**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

JUL 2 9 2008

FILED
CLERK'S OFFICE

08 CW 7351

IN RE: MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

City of Fresno, California v. AIG Financial Products )
Corp., et al., E.D. California, C.A. No. 1:08-1045 )    MDL No. 1950

## CONDITIONAL TRANSFER ORDER (CTO-3)

On June 16, 2008, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). Since that time, three additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Victor Marrero.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Marrero.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 16, 2008, and, with the consent of that court, assigned to the Honorable Victor Marrero.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
      DEPUTY CLERK

```
A CERTIFIED TRUE COPY

      AUG 1 4 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```